## EL PUEBLO, DEMANDANTE Y APELADO, *v.* PURAS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por alteración de la paz pública.

No. 830.—Resuelto en noviembre 26, 1915.

ALTERACIÓN DE LA PAZ PÚBLICA—SUFICIENCIA DE LA DENUNCIA—REUNIÓN RELIGIOSA—CONDICIONES DE LUGAR Y TIEMPO.—Alegada en este caso la insuficiencia de la denuncia por no expresarse cuándo, en qué momento, y a qué hora, querían los ministros y creyentes de la Iglesia Bautista celebrar su reunión en la plaza pública, *se resolvió:* que era suficiente por cuanto de la misma se sabe que la reunión religiosa trataba de celebrarse de 7 a 9 de la noche del día 5 de septiembre de 1914, y porque, según ella, durante ese tiempo, no pudieron empezarla por impedirlo los cantos y repiques de campanas verificados en la iglesia.

ID. — CANTOS Y REPIQUES DE CAMPANAS — CONDICIONES DE LUGAR Y TIEMPO —. CONGREGACIÓN DE PERSONAS LÍCITAMENTE REUNIDAS.—Uno de los modos de cometerse el delito de alterar la paz pública es por medio de ruidos, y aunque los cantos y repiques de campanas no pueden estimarse generalmente como ruidos, sin embargo, al igual que la mejor música, pueden constituir un ruido según las condiciones de lugar y tiempo, y en relación con el estado de ánimo de las personas que los escuchan. Así los cantos y repiques de campana en una iglesia, llevados a efecto con intención de perturbar una congregación de personas lícitamente reunidas, se convierten en ruidos para tales personas porque les impide celebrar su reunión.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Celestino Iriarte, Jr.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY emitió la opinión del tribunal.

Pedro Puras fué denunciado en unión de otras dos personas ante la Corte Municipal de Río Grande por el delito de turbar la paz pública, y contra la sentencia que en grado de apelación dictó la Corte de Distrito de San Juan declarándolo culpable de ese delito e imponiéndole como castigo el pago de una multa de diez pesos o prisión en defecto de pago, interpuso el presente recurso de apelación.

La transcripción que para resolverlo nos ha presentado sólo contiene la denuncia, la sentencia de la corte de distrito y el escrito de apelación, y en el alegato que nos presentó

solicitando la revocación de la sentencia apelada funda su petición únicamente en que la denuncia no contiene hechos suficientes constitutivos del delito por el cual fué declarado convicto.

La denuncia, en lo necesario, dice así:

"Que en septiembre 5, 1914, desde las 7 p. m. hasta las 9 p. m. y en el coro y campanario de la Iglesia Católica de este pueblo del Distrito Judicial Municipal de Río Grande, Puerto Rico, que forma parte del Distrito Judicial de San Juan, Puerto Rico, los citados Pedro Puras, Pbo., Serafín Benítez y Angel Benítez, entonces y allí, voluntaria e ilegalmente, y con manifiesta intención maliciosa, perturbaban e interrumpían a un *meeting* evangélico religioso que los ministros y creyentes de la Iglesia Bautista, autorizados por escrito por el Sr. Alcalde de este pueblo, querían dar en la plaza pública. Tal interrupción consistió en cantos y repiques de campanas en la forma siguiente: el sacerdote vestido de paisano y sin feligreses en su iglesia, tarareaba cantos al parecer fúnebres en el coro de la iglesia, ahuecando la voz y dirigiéndola hacia el sitio donde había de empezar el *meeting,* contestando el sacristán, y el referido sacerdote por intervalos decía BOMBA, a cuya voz se repicaban las campanas, sucediéndose esto como diez o doce veces, en cuyo lapso de tiempo no pudieron empezar su *meeting* cuando querían hacerlo."

Sostiene el apelante que la denuncia es insuficiente porque no expresa cuándo, en qué momento, a qué hora, querían aquellos ministros y creyentes celebrar su reunión en la plaza pública, y que las palabras y actos que se le imputan no son constitutivos de conducta grosera, indecorosa ni ofensiva.

En cuanto a lo primero, por la denuncia se sabe que la reunión religiosa trataba de celebrarse de 7 a 9 de la noche del 5 de septiembre de 1914 porque según ella durante ese tiempo no pudieron empezarla por impedírselo los cantos y repiques de campanas verificados en la iglesia; y en cuanto a lo segundo, uno de los modos de cometer el delito de turbar la paz pública es por medio de ruidos, y aunque los cantos y repiques de campanas no puedan estimarse generalmente como ruidos, sin embargo, al igual que la mejor música, pue-

den constituir un ruido según las condiciones del lugar y tiempo y en relación con el estado de ánimo de las personas que los escuchan. *El Pueblo* v. *Vilaró*, 13 D. P. R., 40. Los cantos y repiques de campana en una iglesia, llevados a efecto con la intención de perturbar una congregación de personas lícitamente reunidas se convierten en ruido para tales personas porque les impiden celebrar su reunión.

No es por tanto sostenible la objeción opuesta a la denuncia y la sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. Hutchison no intervino.